**Nancy EBERT, Plaintiff,**

v.

**UNITED STATES SECRETARY OF
AGRICULTURE, Defendant.**

Slip Op. 06–45.
Court No. 05–00297.

United States Court of
International Trade.

April 5, 2006.

*ORDER AND JUDGMENT*

POGUE, Judge.

On January 17, 2006, this court issued an Order to Show Cause why the cap-

tioned case should not be dismissed for want of prosecution. The court established February 10, 2006 as the deadline for Plaintiff to establish such good cause for why this action should not be dismissed. Having received no showing of good cause by the Plaintiff, it is hereby

**ORDERED** that Plaintiff's complaint be, and hereby is, dismissed with prejudice.